# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Milan Gonzales,<br>a.k.a.: Jose Manuel Millan Gonzales,<br>a.k.a.: Jose Manuel Millangonzales,<br>a.k.a.: Jose Milan-Gonzales,<br>(A 088 767 654)<br>*Defendant* | Case No. 16-8357MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 15, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Milan Gonzales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about February 9, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 16, 2016

*Judge's signature*

City and state:  Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 15, 2016, the Phoenix Police Department (PPD) encountered Jose Milan Gonzales on West Latham Street, in Phoenix, Arizona. PPD Officer Lloyd suspected the subject to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response (LEAR) Unit for assistance. LEAR officers were dispatched to the location. On scene, LEAR Officers M. Marquez and F. Garcia interviewed Milan-Gonzales and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Milan Gonzales was transported to the Phoenix ICE office for further investigation and processing. Milan-Gonzales was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Milan Gonzales to be a citizen of Mexico and a previously deported criminal alien. Milan Gonzales was removed from the

1

United States to Mexico through Nogales, Arizona, on or about February 9, 2016, pursuant to the reinstatement of a previous removal order issued by an immigration judge. There is no record of Milan Gonzales in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Milan Gonzales's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Milan Gonzales was convicted of Re-Entry of Removed Alien, a felony offense, on April 6, 2011, in the United States District Court, District of Arizona. Milan Gonzales was sentenced to six (6) months' imprisonment and three (3) years' supervised release. Milan Gonzales's criminal history was matched to him by electronic fingerprint comparison.

5. On September 15, 2016, Jose Milan Gonzales was advised of his constitutional rights. Milan Gonzales freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 15, 2016, Jose Milan Gonzales, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at Nogales, Arizona, on or about February 9, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 16th day of September, 2016.

_____
John Z. Boyle,
United States Magistrate Judge